FILED

OCT 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THEODORE E. ESSENFELD, AKA Theordore E. Essenfeld, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JOHN C. PHELAN, Secretary of the Navy, <br><br> Defendant - Appellee. | No. 25-5700 <br><br> D.C. No. 4:25-cv-00465-JGZ-PSOT District of Arizona, Tucson <br><br> ORDER |

The opening brief was due on October 20, 2025 and has not been filed. The court grants an extension of time to file the opening brief. The opening brief is due November 24, 2025. There is no appearance by appellee, so briefing will be complete when the opening brief is filed.

Appellant Theodore E. Essenfeld, prison identification number 08418-506, is proceeding in forma pauperis and has filed the form authorizing prison officials to assess, collect, and forward to the district court the fees for this appeal. *See* 28 U.S.C. § 1915(b)(1) and (2).

This court assesses an initial filing fee that equals 20 percent of the greater of: (A) the average monthly deposits to appellant's prison trust account; or (B) the average monthly balance in appellant's account for the six months preceding September 3, 2025, when the notice of appeal was filed.

Payments will not be made when funds in the account total less than $10, but payments will resume when funds become available.

The clerk will serve this order and the authorization form on officials at the FCI Safford who must notify the agency or prison authority responsible for administering payments for this appeal. *See* 28 U.S.C. § 1915(b)(2).

Each payment should be accompanied by the district court and appeals court docket numbers for this case and a record of prior payments made for this appeal.

The clerk will also serve a copy of this order on the district court clerk and the district court financial unit.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT